

321 West 44th Street
Suite 1000
New York, NY 10036
(212) 850-6100 | Phone
(212) 850-6299 | Fax

Rachel F. Strom
(212) 850-6102
rstrom@lskslaw.com

May 18, 2017

<u>VIA ECF</u>

The Hon. John F. Keenan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Theodore Parisienne v. Beasley Media Group, Inc.*
              **Case No. 1:17-cv-2407-JFK**

Dear Judge Keenan:

    We represent Beasley Media Group, Inc. in the above-referenced matter.  We write to advise the Court that the parties have reached a settlement in principle and are working diligently to memorialize their agreement.  The parties respectfully request that the Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          LEVINE SULLIVAN KOCH & SCHULZ, LLP

                                          By: _____
                                                Rachel F. Strom

cc:    Richard Liebowitz (by ECF)